**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| GWENDOLYN CONEY,<br><br>Plaintiff,<br><br>v.<br><br>3M HEALTHCARE US OPCP LLC, et al.,<br><br>Defendants. | CIVIL NO. 3:25-CV-01571<br><br>(MANNION, J.)<br>(LATELLA, M.J.) |

## ORDER

AND NOW, this 1st day of September, 2026, for the reasons set forth in our accompanying Memorandum, it is **HEREBY ORDERED** that Plaintiff's oral motion to compel raised in our August 21, 2026 telephone conference is **GRANTED IN PART** and **DENIED IN PART** as follows:

1. The scope of Plaintiff's previously modified Interrogatory No. 15[1] is narrowed to include only complaints included in the personnel files of the 22 identified employees regarding

[1] Plaintiff indicated that she agreed to limit the request to complaints involving violations of company policy or procedure, bullying/harassment, and/or allegations of dishonesty from January 1, 2022 through the present excluding witnesses Bryn Hanson and Tammy Gomez. (Doc. 32 at 2).

violations of company policy involving discrimination, harassment, or bullying; and

2. Defendants are directed to produce responsive information to Interrogatory No. 15 as narrowed in Paragraph 1 of this Order.

***s/ Leo A. Latella***
**LEO A. LATELLA**
**United States Magistrate Judge**